IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: CR504-11 |
| TEYON MALIK HERRING | : |

### ORDER

Defendant has moved this Court to appoint counsel to assist him with his appeal of this case to the Eleventh Circuit Court of Appeals. As Defendant has retained counsel in this case, his motion for the appointment of counsel is **DENIED**.

SO ORDERED, this 26th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)