IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR504-011
TEYON MALIK HERRING, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Teyon Malik Herring's "Nunc Pro Tunc Order Motion for Return of Property Rule 41(e)." (Doc. 106.) The Court construes Defendant's Motion as a Motion for Reconsideration of this Court's previous Order (Doc. 105) denying Defendant's Motion for return of property.[1] After careful consideration, the Court finds no reason to disturb its prior Order. Accordingly, Defendant's Motion is **DENIED**.

SO ORDERED this 30th day of September, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant also argues that he was denied effective assistance of counsel because his attorney failed to file a "nunc pro tunc order motion for return of property rule 41(c)." (Doc. 106 at 2.) As this argument is entirely meritless, the Court will not address it.